## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:  ZANE RAY STINNETT

                                                   Case No.
                                                   Chapter 7

        Debtor.

### DEBTOR'S PAY ADVICES

COMES NOW the Debtor, by and through their attorney, Joe B. Lawter, and submits the

attached pay advices as a supplement to the voluntary petition and schedules.

Dated this _23rd_ day of __April__, 2015.

Joe B. Lawter, OBA #10372
104 West Gray
Norman, Oklahoma 73069
(405) 321-0760 * (405) 329-5949 (fax)
jblawter@aol.com
*Attorney for Debtor*

JANELL CORCORRAN
BUSINESS ACCOUNT
10612 NW 34TH ST.
YUKON, OK 73099-3393

1003

DATE 10/1/14

PAY TO THE ORDER OF Zave Stringett

two thousand five hundred 00/100 DOLLARS    $2500.00

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Sep-Oct payroll

---

JANELL CORCORRAN
BUSINESS ACCOUNT
10612 NW 34TH ST.
YUKON, OK 73099-3393

1002

DATE 11/1/14

PAY TO THE ORDER OF Zave Stringett

two thousand five hundred 00/100 DOLLARS    $2500.00

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Oct-Nov payroll

---

JANELL CORCORRAN
BUSINESS ACCOUNT
10612 NW 34TH ST.
YUKON, OK 73099-3393

1001

DATE 12/1/14

PAY TO THE ORDER OF Zave Stringett

two thousand five hundred 00/100 DOLLARS    $2500.00

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Nov-Dec payroll